UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRUMPY CAT LIMITED,<br><br>     Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON<br>SCHEDULE A TO THE COMPLAINT,<br><br>     Defendants. | Civil Action No. 26-cv-4411 |

## CERTIFICATE OF SERVICE

I, Shengmao Mu, declare as follows:

1.    I am over eighteen (18) years of age and not a party to this action. I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2.    I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am one of the attorneys for Plaintiff Grumpy Cat Limited ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

3.    I hereby certify that on June 22, 2026, I or somebody under my direction sent an e-mail that to the e-mail addresses provided by third party service providers and disclosed by Defendants, the Complaint, TRO, all signed Orders and scheduling orders accessible via a downloadable URL, attaching Order 19 and Order 22, and informed Defendants of date and method for the Show Cause hearing to be held June 29, 2026, at 11:00 a.m.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2026          Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

2